# COMPLAINT

**(for filers who are prisoners without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Derrick Watkins

v.

(Full name of defendant(s))

T.R. CHASE (JSO Deputy)
T. HELM (JSO Deputy) D.L. WILSON
Duval Co Jail and Circuit courts
STATE OF FLORADA.

Case Number:

(to be supplied by Clerk of Court)

A.   **PARTIES**

1.   Plaintiff is a citizen of ___Wisconsin___, and is located at
                                    (State)

___PO BOX 19033 Greenbay WI 54307-9033___
                (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant ___Deputy T.R. CHASE (JSO)___
                                    (Name)

is (if a person or private corporation) a citizen of ___Jacksonville Florida___
                                                        (State, if known)

Complaint – 1

Deputy T. HELM is a citizen of Jacksonville Florida and works for Jacksonville sheriffs office.

DL WILSON a sheriff Deputy Supervisor is a citizen of Jacksonville florida and works for Jacksonville sheriff's office.

STATE OF Florida is the state in which the violations occured in It's city of Jacksonville.

Duval co. jail is the facility where Plaintiff was unlawfully detained which was upheld by the circuit court of Duval county

Additional Defendants

(1)(a)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Jacksonville Sheriff's office _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

JSO Deputies T.R. CHASE, T.HELM, D.L WILSON and duval county jail and circuit court, and lastly state of florida violated my ~~tor~~ rights of the United states constitution. 4th, 5th, 6th, 8th, and 14th Amendments of U.S.C. As well as florida State Stat. Deputy T.R. CHASE conducted an unlawful "Terry Stop" at 4663 rivercity dr. Jacksonville FL. 32246 on 4·3·21. Upon which I was not engaged in any crimal activity nor was there proof of a disturbance call. This was an act of harrassment and T.R. Chase violated my 4th amendment when he approached me

Complaint – 2

he got out of his car. I raised my hands and asked "is there a problem"? T.R. CHASE responded "It just looks weird." T.R. CHASE then place me in handcuffs behind my back and then placed his hands into my pockets, removing my items within and placing them on the trunk of his car. T.R. CHASE then placed me in the back of his car still handcuffed, closed the door and began searching through my items he'd placed on his trunk, upon which he went through my wallet and found my WI drivers license and began to run my name. This I know to be an intrusion of my personal security and property and liberty. Deputy T.R. CHASE performed an unlawful seizure, search, and detention. He never patted the outer surface of my clothing for weapons but instead went directly into my pockets while I was handcuffed. Never stated probable cause or Mirandization. He learned after 45 minutes of running my name that I had a failure to report (VOP), all fruit of the poisonous tree. There weren't any new charges.

Deputy T. HELM and D.L. WILSON of (JSO) assisted and enforced this unlawful seizure, search, and Detention. That same day I was transported to the hospital for breathing treatment where JSO Deputy T.R. CHASE and T. HELM tried to take my prints by force. Deputy T. HELM grabbed my wrist while laying in a hospital bed, told me as he was bending my wrist "things are going to get bad for you" He did this because I was not cooperating knowing my rights had been violated and they were trying to intimidate me. I gave my prints under duress as I felt If I didn't comply Deputy T. HELM would have broke my wrist or hurt me in some other way. SRGT. Stone (hospital security) was witness to this as well as his superior.

After being discharged from Hospital I was booked in at duval county jail (500 W. Adams Street) I believe, I had no new or pending charges. On 4.4.21 I went in front of a judge who told me I'm there for extradition and the demanding state has 30 days to extradite. There was no counsel present and my attempts to speak were silenced. On 4.5.21 I had another

court appearance. Judge stated the demanding
state has been notified of my custody and will
extradite, and has 30 days to do so, unless an
extension is filed through courts. On 5·5·21 I
had a court appearance, the demanding state had
not filed any extensions nor had I been extradited
or provided with a waiver to sign, nor was I
asked if I would sign or refuse a waiver.
Nor did I sign a refusal. I demanded counsel
at every appearance but was told by circuit
court judges "you are here for extradition, and
dont need counsel, nor is there a need to file
or hear any motions." I filed multiple comp
-laints through the jails tablet pdf system asking
for a waiver form and pleading for counsel in
which every response was telling me to write
this and that "person" and that "person" told me
to write the previous person. I was given the
run around. On 5·24·21 I filed an R.O.R
motion in accordance with FL. Stat 3.134 as
well as florida's procedures on extradition
which was never acknowledged. I wrote a letter
of non-compliance after 14 days of no response
and was about to file a habeas corpus after
but was extradite 6·8·21 without being able
to exercise my rights under the U.S.C.

C.   JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

In Terry v. Ohio, 392 U.S. 1 (1968) Supreme Court asserts they will not be made party to lawless invasions of Constitutional rights of citizens by permiting unindered use of the fruits of such invasions. Terry v. Ohio is also clear on what constitutes as an illegal seizure, search, and detention. Common law and the U.S.C. carefully guards the rights of individuals to possession and control of his own person free from all restraint or interference. The U.S.C. also under the 6th Amendment and 14th Amendment give citizens the right to counsel and due process of law(continued D(a))

D6) continued    Relief

Wherefore Plaintiff seeks compensation in the amount of $3,000,000usd,for harassment, racial profiling, racial prejudice, and deprivation of rights under the U.S.C. as a United States citizen. No probable cause existed and plaintiff was seated in a public place engaged in no criminal activity when the intrusion of his rights occured. Deputies knowingly proceded to act unlawfully and treated plaintiff as a suspect and made threats to forcefully obtain prints. The courts upheld the clear federal violations and added to them by denying demand for counsel and due process of law which led to an unlawful extradition. The judical actors and officers who swore oath to protect the rights of citizens knowingly and strategically abused the authority bestowed upon them and used it for harasment, racial profiling and racial prejudice which could be viewed as a hate crime. There was no apology or attempt to allow plaintiff to exercise his rights because judical actors performed as if they were above the law, and used intimedation as a tool for compliance, wherefore plaintiff believes the amount is sufficent to hold judical actors accountable. Plaintiff endures emotional and mental distress resulting from this inccident.

4 6)

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __21__ day of __December__ 20_21_.

Respectfully Submitted,

_Denrick Walker_
Signature of Plaintiff

_481289_
Plaintiff's Prisoner ID Number

_Greenbay Correctional Institution_

_PO Box 19033  Greenbay Wt, 54307·9033_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5